134 

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, CASE, DONGES, HEHER, PORTER, HETFIELD, DEAR, WELLS, WOLFS-KEIL, HAGUE, JJ. 11.

*To remand*—THE CHANCELLOR, 1.

PORTO RICAN AMERICAN TOBACCO CO., RESPONDENT, v. THE ESSEX COUNTY BOARD OF TAXATION AND THE CITY OF NEWARK, APPELLANTS.

Submitted October 27, 1939—Decided January 25, 1940.

For the appellants, *James F. X. O'Brien.*

For the respondent, *Parnell & Krueger.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, CASE, DONGES, HEHER, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, HAGUE, JJ. 12.

*For reversal*—None.